# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:16-cv-02355-RM-CBS

CITY OF DEARBORN HEIGHTS ACT 345 POLICE & FIRE RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,

      Plaintiff,

v.

THE WHITEWAVE FOODS COMPANY,
DANONE S.A.,
JULY MERGER SUB INC.,
GREGG L. ENGLES,
JOSEPH S. HARDIN, JR.,
STEPHEN L. GREEN,
DOREEN A. WRIGHT,
MICHELLE GOOLSBY,
W. ANTHONY VERNON and
ANTHONY J. MAGRO,

      Defendants.

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 41(a)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

1254588_1

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

WHEREAS, plaintiff City of Dearborn Heights Act 345 Police & Fire Retirement System ("Plaintiff") filed this putative class action against the above-named defendants, on behalf of a class of similarly-situated shareholders of WhiteWave Foods Company (the "Company") relating to the sale of the Company to Danone S.A.;

WHEREAS, no defendant in this action has answered or filed for summary judgment; and

WHEREAS, a class has not been certified in this action.

NOW, THEREFORE, NOTICE IS HEREBY GIVEN that, pursuant to Federal Rules of Civil Procedure Rule 41 (a)(1), Plaintiff voluntarily dismisses its claims without prejudice.

DATED: April 19, 2017

ROBBINS GELLER RUDMAN
  & DOWD LLP
RANDALL J. BARON
A. RICK ATWOOD, JR.
DAVID T. WISSBROECKER

A. RICK ATWOOD, JR.

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
randyb@rgrdlaw.com
ricka@rgrdlaw.com
dwissbroecker @rgrdlaw.com

Lead Counsel for Plaintiff

- 2 -

EVANS & McFARLAND, LLC
M. GABRIEL McFARLAND
910 13th Street, Suite 200
Golden, CO  80401
Telephone:  303/279-8300
303/277-1620 (fax)
gmcfarland@emlawyers.com

Local Counsel for Plaintiff

VANOVERBEKE MICHAUD & TIMMONY, P.C.
THOMAS C. MICHAUD
79 Alfred Street
Detroit, MI  48201
Telephone:  313/578-1200
313/578-1201 (fax)
tmichaud@vmtlaw.com

Additional Counsel for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2017, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 19, 2017.

s/ A. RICK ATWOOD, JR.
A. RICK ATWOOD, JR.

ROBBINS GELLER RUDMAN
   & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail: RickA@rgrdlaw.com

1254588_1

# Mailing Information for a Case 1:16-cv-02355-RM-CBS City of Dearborn Heights ACT 345 Police & Fire Retirement System v. White Waves Food Company, The

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **A. Rick Atwood , Jr**
  ricka@rgrdlaw.com,jaimem@rgrdlaw.com

- **Randall J. Baron**
  randyb@rgrdlaw.com,jaimem@rgrdlaw.com

- **Veronica Badway Bartholomew**
  veronica.bartholomew@skadden.com

- **Cliff Coleman Gardner**
  cliff.gardner@skadden.com

- **Elaine P. Golin**
  EPGolin@wlrk.com,calert@wlrk.com,Gljimenez@wlrk.com

- **Ellen Elizabeth Shea Herzog**
  herzog@wtotrial.com,mellett@wtotrial.com

- **Eun Jin Lee**
  elee@rgrdlaw.com

- **M. Gabriel McFarland**
  gmcfarland@emlawyers.com,gbowermaster@emlawyers.com

- **Danielle S. Myers**
  dmyers@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Joel S. Neckers**
  neckers@wtotrial.com,allen@wtotrial.com,watkins@wtotrial.com

- **Robert S. Saunders**
  rob.saunders@skadden.com,cherie.krebs@skadden.com

- **William D. Savitt**
  wdsavitt@wlrk.com,calert@wlrk.com

- **David Todd Wissbroecker**
  dwissbroecker@rgrdlaw.com,spatel@rgrdlaw.com,e_file_sd@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`